**Edward K. NELSON, Plaintiff—Appellant,**

v.

**PAROLE & PROBATION COMPACT ADMINISTRATORS' ASSOCIATION; Ann Hyde, State of South Carolina PPCAA Administrator, Defendants—Appellees.**

No. 03–2121.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 29, 2004.

Decided Feb. 4, 2004.

Edward K. Nelson, Appellant pro se. Richard Lynn Masters, Masters, Mullins & Arrington, Louisville, Kentucky; Tommy Evans, Jr., South Carolina Department of Probation, Parole & Pardon Services, Columbia, South Carolina, for Appellees.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Edward K. Nelson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief without prejudice on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *See Nelson v. Parole & Probation Compact Administrators' Ass'n,* No. CA–03–670–3–13BD (D.S.C. filed Aug. 19, 2003 & entered Aug. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*